In the Matter of the Application of the CITY OF NEW YORK, Relative to Acquiring Title to Real Property for Opening and Extending Surf Avenue from West Fifth Street to West Thirty-seventh Street in the Borough of Brooklyn.

SOUTH BROOKLYN RAILWAY COMPANY, Appellant; CHARLES W. BERRY, as Comptroller of the City of New York, Respondent.

(Submitted October 2, 1933; decided October 17, 1933.)

*Trabue Carswell* and *George D. Yeomans* for appellant. *Arthur J. W. Hilly, Corporation Counsel (Patrick S. MacDwyer* of counsel), for respondent.

no opinion.

Concur: POUND, Ch. J. CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.